THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL E. COLLINS and ELLA FRANKEL, Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

WALTER H. ALTWEGG, Respondent, v. NICHOLAS MARCHESI, Appellant.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

I. B. MILLER CONTRACTING CORPORATION, Appellant, v. B. TURECAMO CONTRACTING CO., INC., et al., Respondents.— Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to affirm.

THE EQUITY CORPORATION, Appellant, v. WALLACE GROVES, Respondent.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and deny the motion.

R. SHERRARD ELLIOT, JR., as Receiver of Yosemite Holding Corporation, Appellant, v. WALLACE GROVES, Respondent.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and deny the motion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL VACCARO, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ELMORE SOLINS, as Administrator of the Estate of MOE SOLINSKY, Deceased, Respondent, v. BEN GERSHEL & CO., INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

GRACE M. GRAHAM, as Executrix of EDWARD C. CLIFFORD, Deceased, Appellant, v. ISRAEL O. BLAKE et al., Respondents, Impleaded with Another.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRISON E. FRYBERGER, Appellant, v. CONSOLIDATED ELECTRIC AND GAS COMPANY et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.